

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,779-03

### EX PARTE DONALD EDWARD MCKINLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. B-41,729 IN THE 161ST DISTRICT COURT
### FROM ECTOR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and sentenced to fifty years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *McKinley v. State*, No. 11-15-00051-CR (Tex. App.—Eastland Mar. 16, 2017) (not designated for publication).

Applicant contends that counsel was ineffective and there was insufficient admissible evidence for a conviction. After a remand, the trial court has entered findings of fact addressing Applicant's claim that counsel improperly conceded guilt in closing arguments.

Based on the trial court's findings of fact and this Court's independent review of the record, we deny relief.

Filed:  November 20, 2019
Do not publish